CEM/RS: USAO# 2023R00773
PEB 12.15.23

SDC-BALTIMORE
23 DEC 19 PM 4:19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | CRIMINAL NO. SAG-23-463 |
|---|---|
| v. | (Abusive Sexual Contact, 18 U.S.C. §§ 2244(a)(5) and 7; Assault within Territorial Jurisdiction, 18 U.S.C. §§ 113(a)(5) and 7; Forfeiture, 18 U.S.C. §§ 2253, and 2428) |
| JOSE LUIS FIGUEROA-VELEZ, | |
| Defendant. | |

## INDICTMENT

### COUNT ONE
(Abusive Sexual Contact)

The Grand Jury for the District of Maryland charges that:

### General Allegations

1. Defendant **JOSE LUIS FIGUEROA-VELEZ** ("FIGUEROA-VELEZ") was born in 2000 and resided in Maryland.

2. Minor Victim 1 was born in 2015 and was approximately eight years old at the time of the offenses against her.

3. Minor Victim 2 was born in 2014 and was approximately eight years old at the time of the offenses against her.

### The Charges

4. On or about September 27, 2023, within the special territorial jurisdiction of the United States, the defendant,

**JOSE LUIS FIGUEROA-VELEZ,**

did knowingly engage in sexual contact and cause sexual contact, that is, intentional touching of the genitalia with another person who had not attained the age of 12 years, that is, Minor Victim 1.

18 U.S.C. § 2244 (a)(5)

## COUNT TWO
(Abusive Sexual Contact)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One and Three of Count One are incorporated here.

2. Between on or about June 1, 2023 and August 31, 2023, within the special territorial jurisdiction of the United States, the defendant,

**JOSE LUIS FIGUEROA-VELEZ,**

did knowingly engage in sexual contact and cause sexual contact, that is, intentional touching of the genitalia with another person who had not attained the age of 12 years, that is, Minor Victim 2.

18 U.S.C. § 2244(a)(5)

## COUNT THREE
(Assault within Territorial Jurisdiction)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One and Two of Count One are incorporated here.

2. On or about September 27, 2023, the defendant,

**JOSE LUIS FIGUEROA-VELEZ,**

at a place within the special territorial jurisdiction of the United States, namely Aberdeen Proving Ground, acquired for the use of the United States and under its exclusive jurisdiction, did assault Minor Victim 1.

18 U.S.C. §§ 113(a)(5)

## COUNT FOUR
(Assault within Territorial Jurisdiction)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One and Three of Count One are incorporated here.

2. On or between June 1, 2023 and August 31, 2023, the defendant,

**JOSE LUIS FIGUEROA-VELEZ,**

at a place within the special territorial jurisdiction of the United States, namely Aberdeen Proving Ground, acquired for the use of the United States and under its exclusive jurisdiction, did assault Minor Victim 2.

18 U.S.C. §§ 113(a)(5)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Counts One or Two of this Indictment.

### Child Exploitation Forfeiture

2. Upon conviction of the offenses alleged in Counts One or Two of this Indictment, the defendant,

**JOSE LUIS FIGUEROA-VELEZ,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

a. any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received or possessed in violation of Title 18, United States Code, Chapter 110;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

5

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_____
Erek L. Barron
United States Attorney

**SIGNATURE REDACTED**
_____
Foreperson

Date: December 19, 2023